**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 13, 2024

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Awilda Reyes*, 24 Mag. 503 (UA)

Dear Judge Figueredo:

    As counsel to Ms. Awilda Reyes, I write to respectfully request that Your Honor endorse the attached order directing the U.S. Marshals Service to arrange for and fund Ms. Reyes' travel from New York, New York to Arizona for her hearing Friday, February 16, 2024.

    As background, on February 2, 2024, Ms. Reyes was arrested in New York City on a warrant out of the District of Arizona. She was released on conditions the same day, including the condition of a $30,000 bond signed by one financially responsible person. As a condition of her release, Ms. Reyes was also ordered to attend her next Court date in the District of Arizona. Ms. Reyes has an initial appearance in Arizona scheduled for February 16, 2024, at 2:00 PM. I write to request that the Court issue the attached order directing the U.S. Marshals Service to arrange for and fund Ms. Reyes's travel to the District of Arizona (Tucson) on or about February 16, 2024.  Ms. Reyes is indigent and qualifies for this relief under 18 U.S.C. § 4285.

    Thank you for your consideration of this matter.

    Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal
Defender 212.417.8735
zawadi_baharanyi@fd.org

                                                      cc:       AUSA Ryan Nees.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRAVEL ORDER** |
| - v - | : | 24 Mag. 503 (UA) |
| Awilda Reyes, | : | |
| Defendant. | : | |

---------------------------------x

Upon the application of **Awilda Reyes**, by her attorney, Zawadi Baharanyi, Esq., Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Awilda Reyes with funds to cover the cost of travel from New York, New York to Tucson, Arizona in advance of her hearing in the District of Arizona (Hearing Address: Special Proceedings Courtroom, 2nd Floor, District of Arizona-Tucson, 405 W. Congress, Tucson, AZ 85701) on February 16, 2024;

**ORDERED** that Ms. Reyes' flight arrive in Tucson, Arizona no earlier than 11:00AM on February 15, 2024, and no later than 9:00AM on February 16, 2024;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York

          February 13, 2024

**SO ORDERED:**

_____
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**